# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

INTELOMETRY, INC., a Texas corporation,

               Plaintiff,

v.

CALPINE ENERGY SOLUTIONS, LLC, a California limited liability company,

               Defendant.

Case No.:  25cv2796 DMS (JAC)

**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR STAY PENDING APPEAL**

This case comes before the Court on Plaintiff's ex parte application to stay this case pending its appeal of the Court's order denying its motion for a preliminary injunction. Plaintiff's request is governed by the test set out in *Landis v. North American Co.*, 299 U.S. 248 (1936).  That test

> counsels courts to consider "the competing interests which will be affected by the granting or refusal to grant a stay," including "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay."

/ / /

/ / /

1

25cv2796 DMS (JAC)

*Mobilize the Message LLC v. Bonta*, No. 2:21-cv-05115-VAP-JPRx, 2021 WL 6104312, at *1-2 (C.D. Cal. Sept. 17, 2021) (quoting *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005)).

Plaintiff does not address these factors, but instead argues it would be more efficient for the parties and the Court to await a ruling from the Ninth Circuit before briefing Defendant's pending motion to dismiss. (Mot. at 5-6.) Plaintiff asserts any stay would be fairly brief as the Ninth Circuit expedites appeals from the denial of a preliminary injunction motion, and that no party would be prejudiced by a stay.

Defendant disputes Plaintiff's arguments, and contends the *Landis* factors do not warrant a stay. Specifically, it argues a stay would needlessly delay the litigation and prejudice Calpine. Defendant also asserts Plaintiff would not suffer any prejudice in proceeding with the litigation because it "filed this action in the first place." (Opp'n to Mot. at 6.) The Court agrees with Defendant's arguments, and accordingly denies Plaintiff's ex parte application to stay this case pending Plaintiff's appeal.

**IT IS SO ORDERED**.

Dated: May 12, 2026

Hon. Dana M. Sabraw
United States District Judge